**No. 63905.**—C. F. Liebert *v.* United States, protest 58/15916 (Seattle).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of diamond grinding wheels the same in all material respects as those the subject of *Swiss Manufactures Association, Inc., et al.* v. *United States* (39 Cust. Ct. 227, C.D. 1933), the claim of the plaintiff was sustained.

**No. 63906.**—Charles Herman Contracting Co., Inc. *v.* United States, protest 58/17015 (New York).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of Shoji panels similar in all material respects to those the subject of *United Enterprises et al.* v. *United States* (41 Cust. Ct. 73, C.D. 2023), the claim of the plaintiff was sustained.

**No. 63907.**—Unit Venetian Blind Supply Corp. et al. *v.* United States, protests 59/3547, etc. (Los Angeles).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of Shoji panels similar in all material respects to those the subject of *United Enterprises et al.* v. *United States* (41 Cust. Ct. 73, C.D. 2023), the claim of the plaintiffs was sustained.

**No. 63908.**—F. W. Myers & Co. *v.* United States, protest 257584–K (Ogdensburg).